Local Form - 3011-1

Form for Payment of Unclaimed Funds - Local Rule 3011-1

2016 JUL 12 AM 9:50

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re:<br>CHIEN KUO TSAI<br>& MEI CHU LAI<br><br>Debtor(s). | Bankruptcy No.   12-31205<br><br>Chapter   7<br><br>Hon. (R. Kimball Mosier) |
|---|---|

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

AND NOTICE OF OBJECTION DEADLINE

The undersigned, under penalty of perjury under the laws of the United States of America, declare that the following statements and information are true and correct:

1. ASSET ACCEPTANCE, LLC _____(Claimant) applies to this Court, pursuant to 28 U.S.C. § 2042 for entry of an order directing the Clerk of this Court to remit to Claimant the sum of $ 1147.2 _____ due to Claimant.

2. [x] Claimant is the original claimant named in the trustee's unclaimed funds report filed in this case; or

   [ ] Claimant is the holder of a valid assignment of a claim listed in the trustee's unclaimed funds report and appropriate documentation substantiating the assignment of the original claim [e.g. a notarized acknowledgment of assignment] is attached hereto; or

   [ ] The original claimant listed in the trustee's unclaimed funds report filed in this case



is deceased, and Claimant is a person authorized to act on behalf of the estate of the original claimant and appropriate documentation substantiating Claimant's authority [e.g., certified copies of all probate documents including a copy of the death certificate and appointment of executor] is attached.

3. Claimant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the Claimant is entitled to submit an application for the payment of this claim.

4. Claimant has provided notice to the United States Attorney for the District of Utah of this Application pursuant to 28 U.S.C. § 2042 and a certificate of mailing is attached to this Application.

5. A photocopy of government issued photo identification of Claimant showing Claimant's signature [e.g. driver's license or passport] is attached. If name of the Applicant is different from the name of the original claimant due to marriage, divorce, etc, appropriate documentation [e.g. certified copy of divorce decree, marriage license] is attached.

6. I understand that, pursuant to 18 U.S.C. §§ 152 and 3571, I will be fined not more than $500,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

---

*Privacy Policy*
*(See Federal Rules of Bankruptcy Procedure 9037)*

Applicant shall redact only the following personal data identifiers from the Application and any supporting documentation attached to the Application before filing such documents: (i) all but the last four digits of a social security number or a tax ID number; (ii) all names of minor children (use minors' initials); (iii) all but the last four digits of any bank, savings or similar account numbers; and (iv) all birth date information except the year.

*The responsibility for redacting personal data identifiers rests solely with the filing party.*

## NOTICE OF OBJECTION DEADLINE

Any party in interest who objects to the relief sought in this Application must, within twenty-one (21) days of the mailing of this Application, serve and file an objection or other appropriate response to this Application with the Bankruptcy Court Clerk's Office 350 South Main Street, 3rd Floor, Salt Lake City, UT 84101.

_7/6/16_
Date

_Kelly J. Schellig_
Printed name of Claimant(s)

_Kelly J Schellig_
Signature of Claimant(s)

PO Box 2036 Warren. MI 48090
Street Address

_Warren, MI_
City and State

01-0743765
Last Four Digits of SSN or full Tax ID Number if Claimant is a business

(877) 327-7384 ext.          bankruptcy@assetacceptance
Telephone and Email Address

**STATE OF** _Michigan_          )
                                 : ss.
**COUNTY OF** _Oakland_          )

The foregoing instrument was subscribed and sworn to and acknowledged before me
This _6th_ Day of _July_, 20_16_.

My Commission Expires: _12/27/2020_

_Kristin Denstaedt_
(Notary Public)

KRISTEN DENSTAEDT
Notary Public - Michigan
Oakland County
My Commission Expires Dec 27, 2020
Acting in the County of _OAKLAND_

## CERTIFICATE OF MAILING

I hereby certify that on ___July 6, 2016___ (date), I mailed a copy of this foregoing Application and all attachments to the following:

Office of the United States Attorney
District of Utah
185 South State Street, Suite 300
Salt Lake City, UT 84111

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

Chapter _7_ Trustee
(Name and address of case trustee)
___J. Kevin Bird___
___384 East 720 South, Suite 201___
___Orem, UT 84058___

Debtor
(Name and address of Debtor)
___Chien Tsai / Mei Lai___
___3470 N. Brookside Dr.___
___Provo, UT 84604___

Debtors' Attorney
(Name and address of Debtor's Attorney)
___Andrew T. Curtis___
___921 West Center Street___
___Orem, UT 84057___

Original Claimant
(Name and address of original claimant)
ASSET ACCEPTANCE, LLC

PO Box 2036 Warren, MI 48090

Dated: ___7/6/16___

___Kelly J. Schuller___
(Claimant's Signature)



# U.S. Bankruptcy Unclaimed Funds Locator

Home (/)     About (/about)

**Case Number:**     12-31205
**Total:**     $1,147.20
**Last/Business Name:** CHIEN KUO TSAI
**First Name:**

## Creditors [1]

Edit Search (/?court=utb)

| Last Name (/search?CaseNumber=12-31205&Court=utb&sort=LastName&sortdir=ASC) | First Name (/search?CaseNumber=12-31205&Court=utb&sort=FirstName&sortdir=ASC) |
|---|---|
| ✉ ASSET ACCEPTANCE, LLC (/search?CreditorLastName=ASSET%20ACCEPTANCE%2C%20LLC&Court=utb) | |

© 2016 - US Courts - Collaboratively Developed Software

2014 JUN 27 AM 10: 43

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| IN RE | ) | |
|---|---|---|
| | ) | Case No. 12-31205 RKM |
| CHIEN KUO TSAI | ) | Chapter 7 |
| MEI CHU LAI | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |

* * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On January 10, 2014, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Union Bank, Account No. 1076.

3. The following check which was issued as part of the final distribution remains unpaid, although more than ninety days has passed since final distribution was made under 11 U.S.C. § 726:

        Claim No.:      6
        Claimant:      Asset Acceptance, LLC
                         PO Box 2036
                         Warren, MI 48090
        Claim Amount:  $16,745.75
        Distribution:   $1,147.20

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing check and the balance of unclaimed funds in the amount of $1,147.20 are hereby paid into the Registry.

4. A check in the amount of $1,147.20 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 6-25-14

                                                            J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE—MAIL

I hereby certify that on June 26, 2014, I caused to be served a true and correct copy of the foregoing Notice of Payment of Funds into the Registry as follows:

**Mail Service:** By regular first class United States mail, postage fully pre-paid, addressed to:

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

*Melanie Valderrama*